1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:      jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                   OAKLAND DIVISION

9  JARNAIL SINGH, et al.,                    Case No. CV-11-1694-SBA

10                                           STIPULATION TO MODIFY BRIEFING
                    Plaintiffs,              SCHEDULE AND ORDER [PROPOSED]
11
        vs.
12
   EMILIA BARDINI, et al.,
13
                    Defendants.
14  _____/

15

16       Pursuant to Local Civil Rule 7-3(a), Plaintiffs opposition to Defendants' motion to dismiss

17  was due June 21, 2011.

18       Plaintiffs' counsel was unaware that Rule 7-3(a) had been revised and Plaintiffs have not

19  filed timely opposition to Defendants' motion.

20       The parties' counsel have conferred and have agreed to a modification of the briefing

21  schedule to allow Plaintiffs to file opposition to Defendants' motion.

22       The parties stipulate, subject to approval of the Court, to extend Plaintiffs' time to file

23  opposition to Defendants' motion to dismiss to July 6, 2011, and to extend Defendants' time to reply

24  to Plaintiffs' opposition to July 20, 2011.

25

26

27

28                                    1

Dated: June 22, 2011

                                                  s/s Jonathan M. Kaufman

                                            _____
JONATHAN M. KAUFMAN
Attorney for Plaintiffs


                                                  s/s Kimberly E. Wiggans

Dated: June 22, 2011

                                            _____
KIMBERLY E. WIGGANS
Trial Attorney
Attorney for Defendants

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.


Dated: 6/27/11                                       _____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

2