1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JARNAIL SINGH, SUDESH KUMARI SINGH, and HARDIP ZHIM SINGH,<br><br>Plaintiffs,<br><br>vs.<br><br>EMILIA BARDINI, Director, San Francisco Asylum Office, United States Citizenship and Immigration Services; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC H. HOLDER, Attorney General,<br><br>Defendants. | Case No: C 11-1694 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 10 |
|---|---|

The hearing on Defendants' Motion to Dismiss is CONTINUED from October 4, 2011, to **October 31, 2011 at 1:00 p.m.**  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  **The parties are advised to check the Court's website to determine whether a court appearance is required**.

IT IS SO ORDERED.

Dated: September 27, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge