1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8 OAKLAND DIVISION
9

| JARNAIL SINGH, SUDESH KUMARI SINGH, and HARDIP ZHIM SINGH, Plaintiffs, vs. EMILIA BARDINI, Director, San Francisco Asylum Office, United States Citizenship and Immigration Services; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC H. HOLDER, Attorney General, Defendants. | Case No:  C 11-1694 SBA **ORDER CONTINUING MOTION HEARING** Docket 10 |
|---|---|

The hearing on Defendants' Motion to Dismiss is CONTINUED from October 4, 2011, to **October 31, 2011 at 1:00 p.m.**  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  **The parties are advised to check the Court's website to determine whether a court appearance is required**.

IT IS SO ORDERED.

Dated: September 27, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge