1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                    OAKLAND DIVISION

9  JARNAIL SINGH, et al.,                    Case No. CV-11-1694-SBA

10                                            PLAINTIFFS' UNOPPOSED MOTION TO
           Plaintiffs,                        CONTINUE HEARING ON DEFENDANTS'
11                                            MOTION TO DISMISS AND ORDER
       vs.                                    [[PROPOSED]]
12
   EMILIA BARDINI, et al.,
13
           Defendants.
14 _____/

15

16     Pursuant to Civil Local Rule 7-7, Plaintiffs hereby move the Court for an order continuing

17 the hearing on Defendants' motion to dismiss. Good cause appears for this motion as follows.

18     Plaintiffs' attorney is a sole practitioner who works outside of the San Francisco Bay Area

19 each Monday at an office in northern Monterey County. The Court has scheduled the hearing on

20 Defendants' motion to dismiss for Monday, October 31, 2011. Plaintiffs' counsel is unavailable to

21 appear on that date.

22     The parties' counsel have conferred. Defendants' counsel Kimberly E. Wiggans  has

23 informed Plaintiffs' counsel that Defendants do not oppose a continuance of the hearing on

24 Defendants' motion to dismiss to Tuesday, February 28, 2012 at 1:00 p.m.

                                          1

Based upon the foregoing, Plaintiffs respectfully request that the hearing on Defendants' motion be continued to Tuesday, February 28, 2012 at 1:00 p.m.

Dated: October 19, 2011

                                                s/s Jonathan M. Kaufman

                                                JONATHAN M. KAUFMAN
                                                Attorney for Plaintiffs

**ORDER**

The hearing on Defendants' motion to dismissed is hereby ordered continued to Tuesday, February 28, 2012 at 1:00 p.m.

**IT IS SO ORDERED**.

Dated: 10/20/11

                                       THE HONORABLE SAUNDRA BROWN ARMSTRONG
                                       United States District Judge